IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AHMED HOSSAIN,                                                          PETITIONER
A# 221-389-677

v.                                                    CIVIL NO. 5:26-cv-206-DCB-BWR

WARDEN R. VERGARA, *Adams County Detention Center*          RESPONDENT

<u>ORDER</u>

This matter is before the Court on pro se Petitioner Ahmed Hossain's (Petitioner) Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1] Petitioner is an immigration detainee currently housed at the Adams County Detention Center in Natchez, Mississippi.

The proper Respondent is the "person having custody over the person detained." 28 U.S.C. § 2243. "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). "[T]he proper respondent is the warden of the facility where the [petitioner] is being held, not the Attorney General or some other remote supervisory official." *Id*. at 435. The Warden of the Adams County Detention Center is the proper Respondent. The Court will direct Respondent to file an answer or other responsive pleading.

---

[1] Petitioner paid the filing fee.

**IT IS THEREFORE ORDERED** that Warden R. Vergara of Adams County Detention Center is the proper Respondent.  The Clerk of Court is directed to edit the docket to reflect that the sole Respondent is Warden R. Vergara, Adams County Detention Center.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] and Memorandum of Law in Support [2] filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Detention Center, 20 Hobo Fork Road, Natchez, MS 39210.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this 26th day of March, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2